# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0630

_____

OSCAR J. AMADOR,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

December 19, 2023

PER CURIAM.

DENIED.

M.K. THOMAS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Oscar J. Amador, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.